## BLITCH *v.* WELLS.

BECK, Presiding Justice. The first grant of a new trial will not be disturbed by this court, unless the law and facts require the verdict rendered. Code of 1910, § 6204, Code of 1933, § 6-1608, and cit. That rule is applicable in the present case, under the facts.

*Judgment affirmed. All the Justices concur.*

No. 10586. APRIL 11, 1935.

*H. H. Elders*, for plaintiff in error.
*M. W. Eason* and *W. T. Burkhalter*, contra.